IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEON E. ROYBAL,

     Plaintiff,

v.                                                    CV No. 24-1264 KG/JHR

SOCIAL SECURITY ADMINISTRATION
*Frank Bisigano, Commissioner*
*of the Social Security Administration*,

     Defendant.

ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition (PFRD), filed March 17, 2026.  (Doc. 25).  In the PFRD, Judge Ritter recommended that the Court grant Plaintiff's Motion to Reverse and Remand (Doc. 25).

The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed, which was March 31, 2026.  *Id.* at 9.  No objections were filed, and the deadline for doing so has passed.  The recommendation of Judge Ritter is therefore adopted by this Court.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 25) are ADOPTED;

2. Plaintiff's Motion to Reverse and Remand (Doc. 14) is GRANTED; and

3. The Court will enter Judgment in favor of Plaintiff.

                             /s/Kenneth J. Gonzales
                             CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.