IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEON E. ROYBAL,

     Plaintiff,

v.                                                                                CV No. 24-1264 KG/JHR

SOCIAL SECURITY ADMINISTRATION
*Frank Bisigano, Commissioner*
*of the Social Security Administration*,

     Defendant.

## JUDGMENT

The Court having granted Plaintiff's Motion to Reverse and Remand (Doc. 25), IT IS

HEREBY ORDERED that judgment is entered in favor of Plaintiff Roybal under Federal Rule of

Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further

proceedings consistent with the Court's Order entered on 3/31/2026.  (Doc. 26.)


/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.