**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LEON E. ROYBAL,**

**Plaintiff,**

**vs.**                                                                                      **Civ. No.  24-01264 KG/JHR**

**FRANK BISIGNANO,**
**Commissioner of the Social Security**
**Administration,**

**Defendant.**

**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

The Court, having reviewed the parties' Unopposed Motion for Attorney Fees Pursuant to

the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 27), HEREBY ORDERS that

attorney fees be, and hereby are, awarded under the EAJA, payable to Plaintiff but mailed to

Plaintiff's attorney in the amount of $8,500.00 in attorney fees. *See Astrue v. Ratliff*, 560 U.S. 586

(2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under

both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund

the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

SUBMITTED AND APPROVED BY:

*Filed Electronically 6/25/2026*
Marissa Basler
Attorney for Plaintiff
Armstrong Johnson Law, LLC

*Electronically Approved 6/25/2026*
Christina Valerio
Special Assistant U.S. Attorney
Office of Program Litigation
Office of the General Counsel
Social Security Administration